(No. 6182—

COMMONWEALTH EDISON COMPANY, A Corporation, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF PUBLIC AID, Respondent.

*Opinion filed November 9, 1971.*

JOSEPH C. SIBLEY, JR. AND EMMET T. GALLAGHER, Attorneys for Claimant.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PERLIN, C.J.